UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 4:09-CR-00032-BO-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MONROE H. SMITH | ) | |

This cause having come on to be heard upon the motion of Sue Genrich Berry, court-appointed counsel pursuant to Standing Order dated October 18, 2011, for permission to withdraw as counsel of record, and for good cause shown;

IT IS ORDERED that Sue Genrich Berry is allowed to withdraw as counsel of record for Monroe H. Smith.

ENTER this the 20 day of July, 2012.

Honorable Terrence W. Boyle
United States District Court Judge